PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Shaun Ericson Silcox</u>          Case Number: <u>A-13-CR-076(1)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>June 24, 2013</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Seventy-eight (78) months custody in the Bureau of Prisons to be served consecutively to A-09-CR-519(1) followed by three (3) years of supervised release, with the following special conditions: drug and mental health treatment, search and seizure, and abstain from the use of any illegal drugs/alcohol use</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>August 14, 2020</u>

Assistant U.S. Attorney: <u>Ashley C. Hoff</u>          Defense Attorney: <u>William H. Ibbotson</u>

## PREVIOUS COURT ACTION

None

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition # 1:** "The defendant shall not commit another federal, state, or local crime."

**Nature of Non-compliance:** On October 30, 2020, Austin Police Department responded to a burglary alarm at 500 W. 13th St in Austin, Texas. Upon arrival, the officer observed a window that was shattered with the glass pushed inside the building. The officer waited for more officers to arrive to clear the three-story building. While waiting for the backup officers, the officer observed Silcox eating ice cream as he exited the building. Silcox was given several verbal commands and then later arrested. Silcox was asked what he was doing inside the building? He stated he had broken into the building to procure alcohol and food. During the time of his arrest, he had a shoulder bag with several bottles of wine and some granola bars. Silcox is currently in jail and has been charged with Burglary of Building, a State Jail Felony. The case remains pending in Travis County District Court. The court hearing remains unscheduled as of this date.

Ericson Silcox, Shaun
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** On December 4, 2020, Silcox communicated through his attorney and admitted to being arrested for Burglary of a Building, in Travis County. If Your Honor finds it suitable, it is recommended that no action be taken pending final disposition of the state case.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Silcox incur any further violations, the Court will be immediately notified.

Approved:                                             Respectfully submitted,

Craig Handy                                           Lauro Garza
Supervising U. S. Probation Officer                   United States Probation Officer
Date: January 26, 2021                                Date: January 26, 2021

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Honorable Susan Hightower
United States Magistrate Judge

Date:  January 26, 2021